**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 96-60774**
**Summary Calendar**

**CHARLES LUCAS,**

**Petitioner,**

**VERSUS**

**LOUISIANA INSURANCE GUARANTY ASSOCIATION;**
**DIRECTOR, OFFICE OF WORKER'S COMPENSATION**
**PROGRAMS, U.S. DEPARTMENT OF LABOR,**

**Respondents.**

Petition for Review of an Order of the
Benefits Review Board
(95-2044)

July 29, 1997

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Charles Lucas, claimant, petitions this Court for review of the Decision and Order issued by Administrative Law Judge Richard Avery which modified the status of claimant's disability from permanent total to permanent partial and was issued on July 12,

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1995.  On September 12, 1996, the Benefits Review Board administra-tively affirmed the decision of the administrative law judge pursuant to the provisions of Public Law 104-134.

We have carefully reviewed claimant's brief, the decision of the administrative law judge, and relevant portions of the record itself.  We are unable to say that the decision of the administra-tive law judge is not supported by substantial evidence. Accordingly, the petition for review is **DISMISSED**.